IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIAN E. ROCHESTER,

   Plaintiff,

    v.

JOHN LEY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1424-TWT

## ORDER

This is a pro se civil action by a serial frivolous filer. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the action be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The request to Proceed in Forma Pauperis is DENIED. The Motion for Clarification [Doc. 5] is DENIED.

SO ORDERED, this 16 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Rochester\12cv1424\r&r.wpd